```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F99-0042--CV (HRH)
              "JULIAN FERRERAS V NORTH SLOPE BOROUGH"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 12/16/99
            Closed: 01/05/00

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 12/17/99 receipt # 40099120
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

PLF 1.1          FERRERAS, JULIAN           Kenneth L. Covell
                                            712 8th Avenue
                                            Fairbanks, AK 99701
                                            907-452-4377
                                            FAX 907-451-7802

DEF 1.1          NORTH SLOPE BOROUGH        No counsel found for this party!

DEF 2.1          NAGEAK, BENJAMIN           No counsel found for this party!

ACRS: R_VDSPX        As of Tuesday, February 7, 2006 at 3:03 PM by NON-NET                Page 1

Case 4:99-cv-00042-HRH   Document 3   Filed 01/03/06   Page 1 of 2

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F99-0042--CV (HRH)
                           "JULIAN FERRERAS V NORTH SLOPE BOROUGH"

                                     For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 12/16/99
          Closed: 01/05/00

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/17/99 receipt # 40099120
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/16/99 | Complaint filed. |
| 1 - 2 | 12/16/99 | PLF 1 Jury Demand. |
| 2 - 1 | 01/04/00 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Sedwick for all further proceedings.  Use case number F99-0042 CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 3 - 1 | 01/05/00 | DEF 1-2 Dismissal Notice (Case). |